

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 14, 2016**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10813-tmd |
| | § | |
| DESSIE WEBSTER PEASE | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

### ORDER DENYING EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE

On August 3, 2016, the Debtor filed a motion entitled Emergency Motion By Dessie W. Pease For An Order to Show Cause Why Christopher J. Fletcher Personally and Internal Revenue Service as Administrative Executive Agency Should Not Be Held in Contempt for Willful Violation of the Automatic Stay [ECF 14] (the "Motion"). For the reasons stated on the record at the hearing on September 6, 2016, the Court finds that the Motion should be denied.

ACCORDINGLY, IT IS THEREFORE ORDERED that the Motion is DENIED without prejudice.

# # #